# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | Criminal No.  09-259-003 (JDB/JMF) |
| **ALICIA S. DAVIS,** | |
| Defendant. | |

## ORDER

Upon consideration of [119] the Report and Recommendation dated April 2, 2013, the absence of any objections thereto, and the entire record herein, it is hereby

**ORDERED** that the Report and Recommendation dated April 2, 2013, is adopted; it is further

**ORDERED** that defendant's probation is terminated successfully.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:  April 3, 2013